# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

TAMEKA GOODEN,

    Plaintiff,

v.

BAPTIST MEMORIAL COLLEGE
OF HEALTH SCIENCES, INC., d/b/a
BAPTIST HEALTH SCIENCES UNIVERSITY

    Defendant.

Case No. 2:23-cv-02493-MSN-atc
JURY DEMAND

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant Baptist Memorial College of Health Services, Inc. d/b/a Baptist Health Sciences University's Motion for Summary Judgment (ECF No. 27, "Motion"). Plaintiff Tameka Gooden has filed a response conceding that Defendant's Motion is well taken and that summary judgment should be entered in favor of Defendant. (ECF No. 29.)

Accordingly, the Court finds that there are no genuine disputes of material fact, and Defendant is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56.

Therefore, Defendant's Motion for Summary Judgment (ECF No. 27) is **GRANTED**.

**IT IS SO ORDERED**, this 31st day of January, 2025.

                                        *s/ Mark S. Norris*
                                        MARK S. NORRIS
                                        UNITED STATES DISTRICT JUDGE