# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

TAMEKA GOODEN,

    Plaintiff,

v.

BAPTIST MEMORIAL COLLEGE
OF HEALTH SCIENCES, INC., d/b/a
BAPTIST HEALTH SCIENCES UNIVERSITY

    Defendant.

Case No. 2:23-cv-02493-MSN-atc
JURY DEMAND

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on the Plaintiff's Complaint (ECF No. 1), filed August 10, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment (ECF No. 32), entered January 31, 2025, this matter is hereby **DISMISSED**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

January 31, 2025
Date